# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Christopher C. Colton<br>Patty J. Colton | **BK NO. 18-03278 HWV**<br><br>**Chapter 13** |
| **Debtors** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322