IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Christopher C. Colton  Case No. 1-18-bk-03278-HWV
Patty J. Colton  Chapter 13

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 17th day of August, 2018, comes the above Debtors, by their counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as a true emergency on August 3, 2018.

3. Due to the expedited and hurried nature in which this petition was filed, and due to the Debtors' unusual work schedule, the documents needed to prepare the Schedules, Chapter 13 Plan, Statement of Financial Affairs and Chapter 13 Means Test were just returned on August 16,2018 the Debtor' have insufficient time to compile the necessary information and to complete their petition by August 17, 2018.

4. The Debtor requests an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtors request an extension of time of thirty (30) days in which to file all remaining documents to accompany their bankruptcy petition.

> Respectfully submitted,
>
> CGA Law Firm
> Countess Gilbert Andrews, PC
>
>
> By: */s/ E. Haley Rohrbaugh*
> E. Haley Rohrbaugh, Esquire
> Sup. Ct. ID No. 323803
> 135 North George Street
> York, PA 17401-1282
> Telephone: 717-848-4900
> (Counsel for Debtors)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Christopher C. Colton  
Patty J. Colton

Case No. 1-18-bk-03278-HWV  
Chapter 13

## ORDER EXTENDING TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional thirty (30) days, to September 17, 2018.

BY THE COURT,

{01513867/1}