```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-03278-HWV
Christopher C. Colton                                                   Chapter 13
Patty J. Colton
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 2                  Date Rcvd: Aug 29, 2018
                               Form ID: ntnew341           Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db/jdb         +Christopher C. Colton,    Patty J. Colton,    233 Troy Road,    Dallastown, PA 17313-9626
5092835        +BANK OF AMERICA,    4909 SAVARESE CIRCLE,    FL1-908-01-50,    TAMPA, FL 33634-2413
5092836        +BARCLAYS BANK DELAWARE,    ATTN: CORRESPONDENCE,    PO BOX 8801,    WILMINGTON, DE 19899-8801
5092830        +CHRISTOPHER C. COLTON,    PATTY J. COLTON,    233 TROY ROAD,    DALLASTOWN, PA 17313-9626
5092838        +CITIBANK/RADIOSHACK,    CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
5092839        +CITICARDS,   CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,     PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
5092840        +CITIMORTGAGE,    ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 9438,    GETTSBURG, MD 20898-9438
5092841        +CITIZENS BANK,    ATTENTION: ROP-15B,    1 CITIZENS DRIVE,    RIVERSIDE, RI 02915-3035
5092849        +DITECH FINANCIAL,    1100 VIRGINIA DRIVE,    SUITE 100A,    FORT WASHINGTON, PA 19034-3276
5092850      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: DITECH FINANCIAL LLC,      332 MINNESOTA STREET,    SUITE 610,
                 SAINT PAUL, MN 55101)
5092851        +DITECH FINANCIAL,LLC,    3000 BAYPORT DRIVE,    SUITE 880,    TAMPA, FL 33607-8409
5092831        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5092852        +EVERHOME MORTGAGE CO/EVER BANK,    ATTN: BANKRUPTCY DEPARTMENT,     301 WEST BAY STREET,
                 JACKSONVILLE, FL 32202-5184
5092856        +LINCOLN AUTOMOTIVE FINANCIAL SERVICE,    ATTN: BANKRUPTCY,    PO BOX 542000,
                 OMAHA, NE 68154-8000
5092833        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5092858        +PHELAN HALLINAN DIAMOND & JONES,LLP,     1617 JFK BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
5092860        +RELIANCE CONS DISC CO,    211 KENNEDY COURT,    HANOVER, PA 17331-5205
5092832        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5092871       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA FINANCIAL SERVICES,      ATTN: BANKRUPTCY,    PO BOX 8026,
                 CEDAR RAPIDS, IA 52409)
5092872        +WELLS FARGO DEALER SERVICES,    ATTN: BANKRUPTCY,    PO BOX 19657,    IRVINE, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5092837        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 19:23:20      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5092842        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2018 19:16:33      COMENITY BKL/ULTA,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5092843        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2018 19:16:33      COMENITYBANK/NEW YORK,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5092844        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2018 19:16:33      COMENITYCAPITAL/BOSCOV,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5092845        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2018 19:16:33      COMENITYCAPITAL/GMSTOP,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 183003,    COLUMBUS, OH 43218-3003
5092846        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2018 19:23:24      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5092847        +E-mail/Text: mrdiscen@discover.com Aug 29 2018 19:16:23      DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
5092848        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 19:16:28      DITECH,    ATTN: BANKRUPTCY,
                 PO BOX 6172,    RAPID CITY, SD 57709-6172
5094361         E-mail/Text: mrdiscen@discover.com Aug 29 2018 19:16:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5092853        +E-mail/Text: bankruptcygpl@greatplainslending.com Aug 29 2018 19:16:56      GREAT PLAINS LENDING,
                 ATTN: BANKRUPTCY,    1050 EAST 2ND STREET, BOX 500,    EDMOND, OK 73034-5313
5092834         E-mail/Text: cio.bncmail@irs.gov Aug 29 2018 19:16:26      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,     P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5092854        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2018 19:16:25      KOHLS/CAPITAL ONE,
                 KOHLS CREDIT,    PO BOX 3120,    MILWAUKEE, WI 53201-3120
5092855        +E-mail/Text: bklcard@lendup.com Aug 29 2018 19:17:07      LENDUP CARD SERVICES I,
                 ATTN: BANKRUPTCY, LENDUP,    237 KEARNY ST #197,    SAN FRANCISCO, CA 94108-4502
5092857        +Fax: 407-737-5634 Aug 29 2018 19:41:03      OCWEN LOAN SERVICING, LLC,    1661 WORTHINGTON ROAD,
                 SUITE 100,    WEST PALM BEACH, FL 33409-6493
5093177        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 19:23:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5095328         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 19:16:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5092859        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2018 19:24:32      REGIONAL ACCEPTANCE CO,
                 ATTN: BANKRUPTCY,    PO BOX 1487,    WILSON, NC 27894-1487
5092861        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:49      SYNCB BANK/AMERICAN EAGLE,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092862        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:49      SYNCB/PLCC,    ATTN: BANKRUPTCY,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
5092863        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:24:23      SYNCHRONY BANK/ OLD NAVY,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092864        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:24:23      SYNCHRONY BANK/AMAZON,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5092865       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:17      SYNCHRONY BANK/GAP,
               ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092866       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:49      SYNCHRONY BANK/LOWES,
               ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092867       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:18      SYNCHRONY BANK/SAMS,
               ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092868       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:24:24      SYNCHRONY BANK/SHOPNBC,
               ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092869       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 19:23:49      SYNCHRONY BANK/WALMART,
               ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5092870       +Fax: 866-311-5818 Aug 29 2018 19:31:03      SYSTEMS & SERVICES TECHNOLOGIES/BEST EGG,
               ATTN: BANKRUPTCY,    4315 PICKETT ROAD,    SAINT JOSEPH, MO 64503-1600
                                                                                             TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Patty J.  Colton hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Christopher C.  Colton hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br>Christopher C. Colton, <br>    **Debtor 1** <br><br>Patty J. Colton, <br>    **Debtor 2** | Chapter    13 <br><br>Case No.    1:18−bk−03278−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 4, 2018 <br><br> Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2018 |

ntnew341 (04/18)