| Employee | 63129161 | COLTON, CHRISTOPHER C | ROUTE CODE: | Advice No: | 215160 |
|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | CALPI00R61 | Deposit Date: | 6/7/2018 |
| 832-513-1000 | | | | Pay Period: | 6/3/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 16.00 | 45.160 | 722.56 | 34,667.20 | ------ Gross -- | 1,259.34 | 47,933.86 |
| FldTask-Cont | 8.00 | 45.760 | 366.08 | 366.08 | FED INCOME TAX | 97.99 | 5,711.86 |
| OT-FLD Task | 1.00 | 67.740 | 67.74 | 12,077.78 | FICA OASDI | 78.08 | 2,971.90 |
| OT-FLD Task | 1.50 | 68.640 | 102.96 | 102.96 | FICA MEDICARE | 18.26 | 695.04 |
| FLD Task DT | | | | 719.84 | PA State Income | 38.66 | 1,471.54 |
| | | | | | PA SUI-Employee | 0.76 | 28.77 |
| | | | | | PA Peach Bottom | 1.00 | 21.00 |
| | | | | | PA YORK TWP CIT | 6.30 | 239.68 |
| | | | | | Dallastown Area | 6.30 | 239.68 |
| | | | | | Dues % | 49.11 | 1,869.40 |
| * Gross | 26.50 | | | 1,259.34 | * Deductions | 296.46 | * Net 962.88 |
| * Taxable | | | | 1,259.34 | | | |

**CBI SERVICES, LLC**
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $     962.88    Deposited    XXXX7132    MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER: 215160
DEPOSIT DATE: 6/7/2018

Total of Deposit(s): $ 962.88

CHRISTOPHER C COLTON
DEPOSITED TO THE ACCOUNT OF
233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE**
**NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | | ROUTE CODE: | | Advice No: | 215693 |
|---|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | CALPI00R61 | | Deposit Date: | 6/14/2018 |
| 832-513-1000 | | | | | | Pay Period: | 6/10/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 40.00 | 45.160 | 1,806.40 | 36,839.68 | ------ Gross -- | 2,178.97 | 50,112.83 |
| OT-FLD Task | 5.50 | 67.740 | 372.57 | 12,553.31 | FED INCOME TAX | 239.22 | 5,951.08 |
| FLD Task DT | | | | 719.84 | FICA OASDI | 135.10 | 3,107.00 |
| | | | | | FICA MEDICARE | 31.60 | 726.64 |
| | | | | | PA State Income | 66.89 | 1,538.43 |
| | | | | | PA SUI-Employee | 1.31 | 30.08 |
| | | | | | PA Peach Bottom | 1.00 | 22.00 |
| | | | | | PA YORK TWP CIT | 10.89 | 250.57 |
| | | | | | Dallastown Area | 10.89 | 250.57 |
| | | | | | Dues % | 84.98 | 1,954.38 |
| * Gross | 45.50 | | | 2,178.97 | * Deductions | 581.88 | * Net 1,597.09 |
| * Taxable | | | | 2,178.97 | | | |

CBI SERVICES, LLC
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $  1,597.09  Deposited  XXXX7132  MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER: 215693
DEPOSIT DATE: 6/14/2018

Total of Deposit(s)
$ 1,597.09

DEPOSITED TO THE ACCOUNT OF
CHRISTOPHER C COLTON
233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE**
**NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | | ROUTE CODE: | Advice No: | 216349 |
|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | CALPI00R61 | Deposit Date: | 6/21/2018 |
| 832-513-1000 | | | | | Pay Period: | 6/17/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 32.00 | 45.160 | 1,445.12 | 38,284.80 | ------ Gross -- | 2,802.43 | 52,915.26 |
| FldTask-Cont | 8.00 | 45.760 | 366.08 | 366.08 | FED INCOME TAX | 376.38 | 6,327.46 |
| OT-FLD Task | 4.50 | 67.740 | 304.83 | 12,858.14 | FICA OASDI | 173.75 | 3,280.75 |
| OT-FLD Task | 10.00 | 68.640 | 686.40 | 686.40 | FICA MEDICARE | 40.63 | 767.27 |
| FLD Task DT | | | | 719.84 | PA State Income | 86.03 | 1,624.46 |
| | | | | | PA SUI-Employee | 1.68 | 31.76 |
| | | | | | PA Peach Bottom | 1.00 | 23.00 |
| | | | | | PA YORK TWP CIT | 14.01 | 264.58 |
| | | | | | Dallastown Area | 14.01 | 264.58 |
| | | | | | Dues % | 109.29 | 2,063.67 |
| * Gross | 54.50 | | | 2,802.43 | * Deductions | 816.78 | * Net 1,985.65 |
| * Taxable | | | | 2,802.43 | | | |



CBI SERVICES, LLC
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $   1,985.65   Deposited   XXXX7132   MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER: 216349
DEPOSIT DATE: 6/21/2018

Total of Deposit(s)
$ 1,985.65

CHRISTOPHER C COLTON
DEPOSITED TO THE ACCOUNT OF
233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE
NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | | COLTON, CHRISTOPHER C | | ROUTE CODE: | | Advice No: | 216870 |
|---|---|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | | CALPI00R61 | | Deposit Date: | 6/28/2018 |
| 832-513-1000 | | | | | | | Pay Period: | 6/24/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 40.00 | 45.160 | 1,806.40 | 40,457.28 | ------ Gross -- | 2,178.97 | 55,094.23 |
| OT-FLD Task | 5.50 | 67.740 | 372.57 | 13,917.11 | FED INCOME TAX | 239.22 | 6,566.68 |
| FLD Task DT | | | | 719.84 | FICA OASDI | 135.09 | 3,415.84 |
| | | | | | FICA MEDICARE | 31.60 | 798.87 |
| | | | | | PA State Income | 66.89 | 1,691.35 |
| | | | | | PA SUI-Employee | 1.31 | 33.07 |
| | | | | | PA Peach Bottom | 1.00 | 24.00 |
| | | | | | PA YORK TWP CIT | 10.89 | 275.47 |
| | | | | | Dallastown Area | 10.89 | 275.47 |
| | | | | | Dues % | 84.98 | 2,148.65 |

| * Gross | 45.50 | | | 2,178.97 | * Deductions | 581.87 | * Net 1,597.10 |
|---|---|---|---|---|---|---|---|
| * Taxable | | | | 2,178.97 | | | |



**CBI SERVICES, LLC**
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $    1,597.10    Deposited    XXXX7132    MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER    DEPOSIT DATE
216870    6/28/2018

Total of Deposit(s)
$ 1,597.10

CHRISTOPHER C COLTON
DEPOSITED TO THE ACCOUNT OF    233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE
NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | ROUTE CODE: | Advice No: | 217504 |
|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | CALPI00R61 | Deposit Date: | 7/5/2018 |
| 832-513-1000 | | | | Pay Period: | 7/1/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 24.00 | 45.160 | 1,083.84 | 41,541.12 | ------ Gross -- | 1,960.22 | 57,054.45 |
| FldTask-Cont | 8.00 | 45.760 | 366.08 | 366.08 | FED INCOME TAX | 191.09 | 6,757.77 |
| OT-FLD Task | 5.00 | 67.740 | 338.70 | 14,255.81 | FICA OASDI | 121.54 | 3,537.38 |
| OT-FLD Task | 2.50 | 68.640 | 171.60 | 171.60 | FICA MEDICARE | 28.42 | 827.29 |
| FLD Task DT | | | | 719.84 | PA State Income | 60.18 | 1,751.53 |
| | | | | | PA SUI-Employee | 1.18 | 34.25 |
| | | | | | PA Peach Bottom | 1.00 | 25.00 |
| | | | | | PA YORK TWP CIT | 9.80 | 285.27 |
| | | | | | Dallastown Area | 9.80 | 285.27 |
| | | | | | Dues % | 76.45 | 2,225.10 |

| * Gross | 39.50 | | | 1,960.22 | * Deductions | 499.46 | * Net 1,460.76 |
|---|---|---|---|---|---|---|---|
| * Taxable | | | | 1,960.22 | | | |



**CBI SERVICES, LLC**
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $  1,460.76  Deposited  XXXX7132  MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER 217504   DEPOSIT DATE 7/5/2018

Total of Deposit(s)
$ 1,460.76

DEPOSITED TO THE ACCOUNT OF
CHRISTOPHER C COLTON
233 TROY RD
DALLASTOWN PA 17313

## DEPOSIT ADVICE
## NON NEGOTIABLE

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | | ROUTE CODE: | | Advice No: | 218048 |
|---|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | CALPI00R61 | | Deposit Date: | 7/12/2018 |
| 832-513-1000 | | | | | | Pay Period: | 7/8/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 32.00 | 45.160 | 1,445.12 | 43,352.32 | ------ Gross -- | 2,299.52 | 59,353.97 |
| OT-FLD Task | 4.00 | 67.740 | 270.96 | 14,698.37 | FED INCOME TAX | 265.74 | 7,023.51 |
| OT-FLD Task | 8.50 | 68.640 | 583.44 | 583.44 | FICA OASDI | 142.57 | 3,679.95 |
| FLD Task DT | | | | 719.84 | FICA MEDICARE | 33.34 | 860.63 |
| | | | | | PA State Income | 70.60 | 1,822.13 |
| | | | | | PA SUI-Employee | 1.38 | 35.63 |
| | | | | | PA Peach Bottom | 1.00 | 26.00 |
| | | | | | PA YORK TWP CIT | 11.50 | 296.77 |
| | | | | | Dallastown Area | 11.50 | 296.77 |
| | | | | | Dues % | 89.68 | 2,314.78 |

| * Gross | 44.50 | | | 2,299.52 | * Deductions | 627.31 | * Net 1,672.21 |
|---|---|---|---|---|---|---|---|
| * Taxable | | | | 2,299.52 | | | |



**CBI SERVICES, LLC**
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $   1,672.21   Deposited   XXXX7132   MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER  218048
DEPOSIT DATE  7/12/2018

Total of Deposit(s)
$  1,672.21

DEPOSITED TO THE ACCOUNT OF
CHRISTOPHER C COLTON
233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE**
**NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | | ROUTE CODE: | Advice No: | 218697 |
|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | CALPI00R61 | Deposit Date: | 7/19/2018 |
| 832-513-1000 | | | | | Pay Period: | 7/15/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 40.00 | 45.160 | 1,806.40 | 45,158.72 | ------ Gross -- | 2,957.98 | 62,311.95 |
| OT-FLD Task | 17.00 | 67.740 | 1,151.58 | 16,433.39 | FED INCOME TAX | 410.60 | 7,434.11 |
| FLD Task DT | | | | 719.84 | FICA OASDI | 183.39 | 3,863.34 |
| | | | | | FICA MEDICARE | 42.89 | 903.52 |
| | | | | | PA State Income | 90.81 | 1,912.94 |
| | | | | | PA SUI-Employee | 1.77 | 37.40 |
| | | | | | PA Peach Bottom | 1.00 | 27.00 |
| | | | | | PA YORK TWP CIT | 14.79 | 311.56 |
| | | | | | Dallastown Area | 14.79 | 311.56 |
| | | | | | Dues % | 115.36 | 2,430.14 |
| * Gross | 57.00 | | | 2,957.98 | * Deductions | 875.40 | * Net 2,082.58 |
| * Taxable | | | | 2,957.98 | | | |



**CBI SERVICES, LLC**
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $    2,082.58    Deposited    XXXX7132    MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER    DEPOSIT DATE
218697    7/19/2018

Total of Deposit(s)
$    2,082.58

DEPOSITED TO THE ACCOUNT OF
CHRISTOPHER C COLTON
233 TROY RD
DALLASTOWN PA 17313

# DEPOSIT ADVICE
## NON NEGOTIABLE

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.

| Employee | 63129161 | COLTON, CHRISTOPHER C | | ROUTE CODE: | Advice No: | 219249 |
|---|---|---|---|---|---|---|
| CBI SERVICES, LLC | | | | CALPI00R61 | Deposit Date: | 7/26/2018 |
| 832-513-1000 | | | | | Pay Period: | 7/22/2018 |

| EARNINGS DESCRIPTION | HOURS PAID | HOURLY RATE | DOLLAR AMOUNT | YEAR TO DATE | DEDUCTION DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE GROSS |
|---|---|---|---|---|---|---|---|
| FldTask-Cont | 38.70 | 45.160 | 1,747.69 | 46,906.41 | ------ Gross -- | 2,831.53 | 65,143.48 |
| OT-FLD Task | 16.00 | 67.740 | 1,083.84 | 17,517.23 | FED INCOME TAX | 382.78 | 7,816.89 |
| FLD Task DT | | | | 719.84 | FICA OASDI | 175.56 | 4,038.90 |
| | | | | | FICA MEDICARE | 41.06 | 944.58 |
| | | | | | PA State Income | 86.93 | 1,999.87 |
| | | | | | PA SUI-Employee | 1.70 | 39.10 |
| | | | | | PA Peach Bottom | 1.00 | 28.00 |
| | | | | | PA YORK TWP CIT | 14.16 | 325.72 |
| | | | | | Dallastown Area | 14.16 | 325.72 |
| | | | | | Dues % | 110.43 | 2,540.57 |
| * Gross | 54.70 | | | 2,831.53 | * Deductions | 827.78 | * Net 2,003.75 |
| * Taxable | | | | 2,831.53 | | | |



CBI SERVICES, LLC
14107 S. RT 59
PLAINFIELD IL 60544

832-513-1000

Amount of $    2,003.75    Deposited    XXXX7132    MEMBERS 1ST FED CREDIT UNION

ADVICE NUMBER    DEPOSIT DATE
219249    7/26/2018

Total of Deposit(s)
$ 2,003.75

DEPOSITED TO THE ACCOUNT OF
CHRISTOPHER C COLTON
233 TROY RD
DALLASTOWN PA 17313

**DEPOSIT ADVICE
NON NEGOTIABLE**

If you plan to change your financial institution and/or account number, You must notify the payroll department in advance.