UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTOPHER C. COLTON and PATTY J. COLTON | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CHRISTOPHER C. COLTON and PATTY J. COLTON | : | |
| Respondent(s) | : | CASE NO. 1-18-bk-03278 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 6th day of December, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 25, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 6th day of December, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA 17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee