IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHRISTOPHER C. COLTON | : | |
| PATTY J. COLTON | : | Case No. 1:18-bk-03278 |
| Debtors | : | |
| | : | |
| CHRISTOPHER C. COLTON | : | |
| PATTY J. COLTON | : | |
| Objectants/Movants | : | Chapter 13 |
| v. | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| f/k/a GREENTREE SERVICING LLC | : | |
| Respondent | : | |
| | : | |

PRAECIPE TO WITHDRAW
<u>OBJECTION TO PROOF OF CLAIM NO. 16 DITECH FINANCIAL LLC f/k/a
GREENTREE SERVICING LLC</u>

AND NOW, this 2nd day of April, 2019, come the Debtors, Christopher C. Colton and Patty J. Colton, by and through their counsel, the CGA Law Firm, E. Haley Rohrbaugh, Esquire, and does request this Honorable Court to withdraw the Objection to Proof of Claim No. 16 of Ditech Financial LLC f/k/a Greentree Servicing LLC, filed on January 10, 2019.

    Respectfully submitted,

    /s/ E. Haley Rohrbaugh
    E. Haley Rohrbaugh, Esquire
    Supreme Ct. I.D. No. 323803
    Counsel for Debtors
    135 North George Street
    York, PA 17401

{01615371/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHRISTOPHER C. COLTON | : | |
| PATTY J. COLTON | : | Case No. 1:18-bk-03278 |
| Debtors | : | |
| | : | |
| CHRISTOPHER C. COLTON | : | |
| PATTY J. COLTON | : | |
| Objectants/Movants | : | Chapter 13 |
| v. | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| f/k/a GREENTREE SERVICING LLC | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

| | |
|---|---|
| Office of the U.S. Trustee | ECF |
| | |
| Charles J. Dehart, Chapter 13 Trustee | ECF |
| | |
| Ditech<br>Attn: Christopher Giacinto, Authorized Agent<br>P.O. Box 6030<br>Sioux Falls, SD 57117 | United State First Class Mail |
| | |
| Phelan Hallinan Diamond & Jones<br>1617 John F. Kennedy Blvd.<br>Philadelphia, Pennsylvania 19103 | United State First Class Mail |

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA 17401
(717) 848-4900

{01615371/1}