```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-03278-HWV
Christopher C. Colton                                                   Chapter 13
Patty J. Colton
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 3              Date Rcvd: Aug 15, 2019
                              Form ID: ordsmiss          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db/jdb         +Christopher C. Colton,   Patty J. Colton,   233 Troy Road,   Dallastown, PA 17313-9626
5092835        +BANK OF AMERICA,    4909 SAVARESE CIRCLE,   FL1-908-01-50,    TAMPA, FL 33634-2413
5092830        +CHRISTOPHER C. COLTON,    PATTY J. COLTON,   233 TROY ROAD,   DALLASTOWN, PA 17313-9626
5092838        +CITIBANK/RADIOSHACK,   CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
5092839        +CITICARDS,   CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,    PO BOX 790040,
                 SAINT LOUIS, MO 63179-0040
5092841        +CITIZENS BANK,    ATTENTION: ROP-15B,    1 CITIZENS DRIVE,   RIVERSIDE, RI 02915-3035
5092849        +DITECH FINANCIAL,   1100 VIRGINIA DRIVE,    SUITE 100A,    FORT WASHINGTON, PA 19034-3279
5092850      ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                 (address filed with court: DITECH FINANCIAL LLC,    332 MINNESOTA STREET,   SUITE 610,
                 SAINT PAUL, MN 55101)
5092851        +DITECH FINANCIAL,LLC,   3000 BAYPORT DRIVE,    SUITE 880,   TAMPA, FL 33607-8409
5092831        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,   135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5092852        +EVERHOME MORTGAGE CO/EVER BANK,    ATTN: BANKRUPTCY DEPARTMENT,    301 WEST BAY STREET,
                 JACKSONVILLE, FL 32202-5184
5092833        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5092858        +PHELAN HALLINAN DIAMOND & JONES,LLP,    1617 JFK BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
5092860        +RELIANCE CONS DISC CO,    211 KENNEDY COURT,   HANOVER, PA 17331-5205
5092832        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5117494        +SST as servicing agent for BEST EGG,    4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
5092870        +SYSTEMS & SERVICES TECHNOLOGIES/BEST EGG,    ATTN: BANKRUPTCY,    4315 PICKETT ROAD,
                 SAINT JOSEPH, MO 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5092836        +EDI: TSYS2.COM Aug 15 2019 23:38:00      BARCLAYS BANK DELAWARE,    ATTN: CORRESPONDENCE,
                 PO BOX 8801,   WILMINGTON, DE 19899-8801
5092837        +EDI: CAPITALONE.COM Aug 15 2019 23:38:00      CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
5092840        +EDI: CIAC.COM Aug 15 2019 23:38:00      CITIMORTGAGE,    ATTN: CENTRALIZED BANKRUPTCY,
                 PO BOX 9438,   GETTSBURG, MD 20898-9438
5092842        +EDI: WFNNB.COM Aug 15 2019 23:38:00      COMENITY BKL/ULTA,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5092843        +EDI: WFNNB.COM Aug 15 2019 23:38:00      COMENITYBANK/NEW YORK,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5092844        +EDI: WFNNB.COM Aug 15 2019 23:38:00      COMENITYCAPITAL/BOSCOV,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5092845        +EDI: WFNNB.COM Aug 15 2019 23:38:00      COMENITYCAPITAL/GMSTOP,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 183003,    COLUMBUS, OH 43218-3003
5092846        +EDI: RCSFNBMARIN.COM Aug 15 2019 23:38:00      CREDIT ONE BANK,    ATTN: BANKRUPTCY,
                 PO BOX 98873,   LAS VEGAS, NV 89193-8873
5110941         EDI: CAPITALONE.COM Aug 15 2019 23:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
5092847        +EDI: DISCOVER.COM Aug 15 2019 23:38:00      DISCOVER FINANCIAL,   PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
5092848        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 15 2019 19:32:26      DITECH,   ATTN: BANKRUPTCY,
                 PO BOX 6172,   RAPID CITY, SD 57709-6172
5094361         EDI: DISCOVER.COM Aug 15 2019 23:38:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
5119009         E-mail/Text: bankruptcy.bnc@ditech.com Aug 15 2019 19:32:26      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, 57709-6154
5092853        +E-mail/Text: bankruptcygpl@greatplainslending.com Aug 15 2019 19:32:37      GREAT PLAINS LENDING,
                 ATTN: BANKRUPTCY,   1050 EAST 2ND STREET, BOX 500,    EDMOND, OK 73034-5313
5092834         EDI: IRS.COM Aug 15 2019 23:38:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5092854        +E-mail/Text: bncnotices@becket-lee.com Aug 15 2019 19:32:25      KOHLS/CAPITAL ONE,
                 KOHLS CREDIT,   PO BOX 3120,   MILWAUKEE, WI 53201-3120
5092855        +E-mail/Text: bklcard@lendup.com Aug 15 2019 19:32:40      LENDUP CARD SERVICES I,
                 ATTN: BANKRUPTCY, LENDUP,   237 KEARNY ST #197,    SAN FRANCISCO, CA 94108-4502
5092856        +EDI: FORD.COM Aug 15 2019 23:38:00      LINCOLN AUTOMOTIVE FINANCIAL SERVICE,   ATTN: BANKRUPTCY,
                 PO BOX 542000,    OMAHA, NE 68154-8000
5150062        +EDI: RESURGENT.COM Aug 15 2019 23:38:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC   29603-0587,    LVNV Funding LLC,
                 c/o Resurgent Capital Services 29603-0587
5150061         EDI: RESURGENT.COM Aug 15 2019 23:38:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC  29603-0587
5112194         EDI: RESURGENT.COM Aug 15 2019 23:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
5092857        +Fax: 407-737-5634 Aug 15 2019 19:39:24      OCWEN LOAN SERVICING, LLC,   1661 WORTHINGTON ROAD,
                 SUITE 100,   WEST PALM BEACH, FL 33409-6493
5093177        +EDI: PRA.COM Aug 15 2019 23:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
```

```
District/off: 0314-1          User: DDunbar              Page 2 of 3           Date Rcvd: Aug 15, 2019
                              Form ID: ordsmiss          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5095328        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2019 19:32:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5116330        EDI: Q3G.COM Aug 15 2019 23:38:00       Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
5092859       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 15 2019 19:38:44       REGIONAL ACCEPTANCE CO,
                 ATTN: BANKRUPTCY,   PO BOX 1487,   WILSON, NC 27894-1487
5092861       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCB BANK/AMERICAN EAGLE,   ATTN: BANKRUPTCY,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092862       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCB/PLCC,   ATTN: BANKRUPTCY,   PO BOX 965060,
                 ORLANDO, FL 32896-5060
5119003       +E-mail/Text: bncmail@w-legal.com Aug 15 2019 19:32:33       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
5092863       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/ OLD NAVY,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092864       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/AMAZON,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092865       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/GAP,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092866       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/LOWES,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092867       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/SAMS,   ATTN: BANKRUPTCY,   PO BOX 965060,
                 ORLANDO, FL 32896-5060
5092868       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/SHOPNBC,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5092869       +EDI: RMSC.COM Aug 15 2019 23:38:00      SYNCHRONY BANK/WALMART,   ATTN: BANKRUPTCY DEPT,
                 PO BOX 965060,   ORLANDO, FL 32896-5060
5117410       +EDI: RMSC.COM Aug 15 2019 23:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
5092871        EDI: TFSR.COM Aug 15 2019 23:38:00      TOYOTA FINANCIAL SERVICES,   ATTN: BANKRUPTCY,
                 PO BOX 8026,   CEDAR RAPIDS, IA 52409
5092872       +EDI: WFFC.COM Aug 15 2019 23:38:00      WELLS FARGO DEALER SERVICES,   ATTN: BANKRUPTCY,
                 PO BOX 19657,   IRVINE, CA 92623-9657
5118109        EDI: WFFC.COM Aug 15 2019 23:38:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,
                 PO Box 19657,   Irvine CA 92623-9657
                                                                                              TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Patty J.  Colton hrohrbaugh@cgalaw.com,
                kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Christopher C.  Colton hrohrbaugh@cgalaw.com,
                kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
                pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                     TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher C. Colton,<br>**Debtor 1**<br><br>Patty J. Colton,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18−bk−03278−HWV |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 15, 2019

By the Court,

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)